UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY DEAN HUFFORD,<br><br>    Plaintiffs,<br><br>vs.<br><br>1105 MEDIA , INC.,<br><br>    Defendants. | CASE NO. CV 08-00094-MMM(JCx)<br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **30 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action  and this Order shall not prejudice any party to this action.

DATED: September 17, 2008

_Margaret M. Morrow_
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE